NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE REMILIEN,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2022-1931

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-7704, Judge Scott Laurer.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                    REMILIEN V. MCDONOUGH

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

<u>December 27, 2022</u>
        Date                              <u>/s/ Peter R. Marksteiner</u>
                                          Peter R. Marksteiner
                                          Clerk of Court

**ISSUED AS A MANDATE:** December 27, 2022